1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

4

MICHAEL HOFFMAN,

5

Plaintiff,

6

v.

7

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

8

Defendant.

9

CASE NO. C13-5060BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

10

This matter comes before the Court on the Report and Recommendation ("R&R")

11

of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 21. The

12

Court having considered the R&R and the remaining record, and no objections having

13

been filed, does hereby find and order as follows:

14

(1)    The R&R is **ADOPTED**;

15

(2)    Defendant's decision is **REVERSED**; and

16

(3)    This action is **REMANDED** for further administrative proceedings in
accordance with the findings contained in the R&R.

17

18

Dated this 10th day February, 2014.

19

20

21

BENJAMIN H. SETTLE
United States District Judge

22

ORDER